IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHRISTOPHER LEE GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00918 |
| | ) | |
| KRISTAL LOUISE WALKER, | ) | |
| OFFICE OF THE DISTRICT | ) | |
| ATTORNEY, and POLICE OFFICER | ) | |
| T. REDDICK, | ) | |
| | ) | |
| Defendants. | ) | |

### J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: July 18, 2006